# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0020.  RODNEY DARNELL HALIMON v. THE STATE.**

This application for discretionary appeal seeks review of the trial court's order revoking Rodney Darnell Halimon's probation.  The application was submitted and signed by "Trew Lite-Bey, Authorize[d] Representative Natural Person, Propria Persona: Ex Relation Rodney Darnell Halimon."  Lite-Bey does not claim to be a licensed attorney, and it appears that he is not one.

"It shall be unlawful for any person other than a duly licensed attorney at law . . . [t]o practice or appear as an attorney at law for any person other than himself in any court of this state or before any judicial body."  OCGA § 15-19-51 (a).  Thus, "[n]atural persons with no license to practice law are not permitted to act as 'attorneys' and represent other natural persons in their legal affairs."  *Eckles v. Atlanta Technology Group*, 267 Ga. 801, 804-805 (2) (485 SE2d 22) (1997); see also *Toenniges v. Steed*, 321 Ga. App. 219, 219 (739 SE2d 94) (2013); *Lawal v. First Acceptance Svcs.*, 291 Ga. App. 638, 638-639 (662 SE2d 376) (2008); *Morton v. Horace Mann Ins. Co.*, 282 Ga. App. 734, 739-740 (3) (639 SE2d 352) (2006). Because Lite-Bey is not a licensed attorney, he is not authorized to represent Halimon.  This application is therefore of no legal effect, and it is hereby DISMISSED.  See *Jaheni v. State*, 281 Ga. App. 213, 214 (635 SE2d 821) (2006) (appeal filed on behalf of defendant by individual who was not an attorney was "ineffectual" and therefore dismissed).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____09/06/2016_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*